# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PAULA SPEARS,

Appellant,

v.

NANCY SHANNON PRACK-FOSTER,

Appellee.

No. 2D2025-1537

_____

June 3, 2026

Appeal from the County Court for Pasco County; Patrick Moore, Judge.

Paula Spears, pro se.

Nancy Shannon Prack-Foster, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, SMITH, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.